AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bush, Ronald E. | United States District Court - Idaho | 05/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time United States Magistrate Judge | ☐ Nomination    Date <br> ☐ Initial  ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse/Federal Building
550 W. Fort St.
Boise, Idaho 83724

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President & Director | J.A. "Bert" Eggleson Farms, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2008 | State of Idaho District Judge Retirement Plan (no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. - Idaho Housing & Fin. revenue bonds | A | Interest | K | T | | | | | |
| 3. - JP Morgan, AMJ | A | Dividend | J | T | Buy | 05/04/12 | J | | |
| 4. | | | | | Buy (add'l) | 10/12/12 | J | | |
| 5. - Powershs DB Multisector Ag., DBA | | | | | Sold | 05/04/12 | J | | |
| 6. - Powershs DB Commodity Index, DBC | | None | K | T | Buy (add'l) | 05/04/12 | J | | |
| 7. | | | | | Buy (add'l) | 10/12/12 | J | | |
| 8. - SPDR Dow Jones Int'l Avg., DIA | A | Dividend | | | Sold | 05/04/12 | J | A | |
| 9. - MSCI Emrg. Mkt. Index Fund, EEM | | | | | Sold | 05/04/12 | J | | |
| 10. - ISHARES JP Morgan Emerging, EMB | A | Dividend | J | T | Buy (add'l) | 10/12/12 | J | | |
| 11. | | | | | Sold (part) | 12/19/12 | J | A | |
| 12. - ISHARES MSCI Australia Index Fund, EWA | | | | | Sold | 05/04/12 | J | | |
| 13. - ISHARES MSCI Canada Index Fund, EWC | | | | | Sold | 05/04/12 | J | | |
| 14. - ISHARES MSCI Brazil Free Index Fund, EWZ | A | Dividend | J | T | Buy (add'l) | 05/04/12 | J | | |
| 15. | | | | | Buy (add'l) | 10/12/12 | J | | |
| 16. - ISHARES FTSE China 25 Index Fund, FXI | A | Dividend | J | T | Buy (add'l) | 05/04/12 | J | | |
| 17. | | | | | Buy (add'l) | 10/12/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - ISHARES Morningstar Large Core Index Fund, JKD | A | Dividend | K | T | Buy (add'l) | 10/12/12 | J | | |
| 19. | | | | | Sold (part) | 11/01/12 | J | A | |
| 20. - SPDR Barclay's Cap. High Yield Bond, JNK | A | Dividend | J | T | | | | | |
| 21. - SPDR Dow Jones, RWR | A | Dividend | K | T | | | | | |
| 22. - Barclays Tips Bond Fund, TIP | A | Dividend | J | T | Buy (add'l) | 05/04/12 | J | | |
| 23. | | | | | Buy (add'l) | 10/12/12 | J | | |
| 24. - Vanguard Info. Technology, VGT | A | Dividend | K | T | Sold (part) | 05/04/12 | J | A | |
| 25. | | | | | Buy (add'l) | 10/12/12 | J | | |
| 26. | | | | | Buy (add'l) | 11/01/12 | J | | |
| 27. - Pimco Exchange Traded Fund 1-5 yr US TIPS Index, STPZ | A | Dividend | | | Sold | 05/04/12 | J | A | |
| 28. - Health Care Providers, IHF | A | Dividend | J | T | Buy (add'l) | 05/04/12 | J | | |
| 29. | | | | | Buy (add'l) | 10/12/12 | J | | |
| 30. - Medical Devices Index Fund, IHI | A | Dividend | | | Sold | 05/04/12 | J | A | |
| 31. - Global X Norway ETF, NORW | A | Dividend | | | Sold | 05/04/12 | J | | |
| 32. - IBoxx Investop Corp., LQD | A | Dividend | J | T | Buy (add'l) | 10/12/12 | J | | |
| 33. - SPDR Util. Select Shares of Beneficial Int., XLU | A | Dividend | | | Sold | 05/04/12 | J | A | |
| 34. - US Telecom Dow Jones, IYZ | A | Dividend | | | Sold | 05/04/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - MSCI Switzerland Index Fund, EWL | | | | | Sold | 05/04/12 | J | | |
| 36. - MSCI ETF High Dividend Equity Fund, HDV | A | Dividend | K | T | Buy (add'l) | 05/04/12 | J | | |
| 37. - POWERSHS ETF Sr. Loan Portfolio, BKLN | A | Dividend | K | T | Buy | 05/04/12 | K | | |
| 38. | | | | | Buy (add'l) | 10/12/12 | J | | |
| 39. - Wisdomtree Emg. Market Income Fund, DEM | A | Dividend | J | T | Buy | 05/04/12 | J | | |
| 40. | | | | | Buy (add'l) | 10/12/12 | J | | |
| 41. - ISHARES TR Dow Jones Int'l Select, IDV | A | Dividend | J | T | Buy | 05/04/12 | J | | |
| 42. | | | | | Buy (add'l) | 10/12/12 | J | | |
| 43. - Market Vectors ETF Emerging Mkts. Local, EMLC | | None | J | T | Buy | 12/19/12 | J | | |
| 44. US Bank accounts | A | Interest | L | T | | | | | |
| 45. Federal Credit Union account | A | Interest | K | T | | | | | |
| 46. New York Life insurance policy | A | Dividend | J | T | | | | | |
| 47. U.S. Savings Bond | A | Interest | J | T | | | | | |
| 48. IBM ( ) | B | Dividend | L | T | | | | | |
| 49. Bank of Commerce common stock | B | Dividend | J | T | | | | | |
| 50. Charles Schwab Investment Account | D | Dividend | N | T | | | | | |
| 51. Pepco common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AMC Government Sec. Fund | A | Dividend | J | T | | | | | |
| 53. MDU Resources Common Stock | A | Dividend | J | T | | | | | |
| 54. Idaho "IDEAL" 529 college savings fund (select risk only) | A | Dividend | K | T | Redeemed (part) | 04/12/12 | J | | |
| 55. | | | | | Redeemed (part) | 08/17/12 | J | | |
| 56. Am. Funds VCSP College savings AM 529 (select risk only) | B | Dividend | L | T | | | | | |
| 57. J.A. Eggleson Farms, Inc. (family business - 1/7 ownership) | C | Dividend | N | U | | | | | |
| 58. Bank of Idaho common stock | A | Dividend | J | T | | | | | |
| 59. Dominion Resources common stock | A | Dividend | J | T | | | | | |
| 60. General Electric common stock | A | Dividend | J | T | | | | | |
| 61. Microsoft common stock | A | Dividend | J | T | | | | | |
| 62. Brokerage Account #2 [ ] college savings) | | | | | | | | | |
| 63. - IBoxx Investop Corp., LQD | A | Dividend | J | T | Sold (part) | 08/30/12 | J | A | |
| 64. - MSCI ETF High Dividend Equity, HDV | A | Dividend | J | T | | | | | |
| 65. - ISHARES Barclay's Bond 1-3 yr credit, CSJ | A | Dividend | | | Buy | 06/12/12 | J | | |
| 66. | | | | | Sold | 08/30/12 | J | A | |
| 67. Brokerage Account #3 ( [ ] college savings) Y | | | | | | | | | |
| 68. Brokerage Account #4 ( [ ] college savings) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - MSCI Emerging Markets Index Fund, EEM | A | Dividend | J | T | | | | | |
| 70. - Barclay's Bond 1-3 yr credit, CSJ | A | Dividend | J | T | | | | | |
| 71. - MSCI EAFE Index Fund, EFA | A | Dividend | J | T | | | | | |
| 72. - SPDR Dow Jones, RWR | A | Dividend | J | T | | | | | |
| 73. - Morningstar Large Core Index Fund, JKD | A | Dividend | J | T | | | | | |
| 74. Brokerage Account #5 (retirement) | | | | | | | | | |
| 75. - Vanguard Info. Tech., VGT | A | Dividend | K | T | Buy (add'l) | 11/01/12 | J | | |
| 76. - Global X Norway ETF 30, NORW | A | Dividend | | | Sold | 05/04/12 | J | | |
| 77. - SPDR Barclay's Capital High Yield Bond, JNK | B | Dividend | K | T | | | | | |
| 78. - Dow Jones US Telecom, IYZ | A | Dividend | | | Sold | 05/04/12 | J | | |
| 79. - POWERSHS DB Multi Sector Ag., DBA | | None | | | Sold | 05/04/12 | J | | |
| 80. - Healthcare Providers Index Fund, IHF | A | Dividend | K | T | | | | | |
| 81. - PIMCO Exch. Traded Fund 1-5 yr US TIPS Index, STPZ | A | Dividend | K | T | Sold (part) | 05/04/12 | K | A | |
| 82. - MSCI Emerging Markets Index Fund, EEM | | None | | | Sold | 05/04/12 | K | | |
| 83. - SPDR Dow Jones Industrial Avg. ETF, DIA | A | Dividend | | | Sold | 05/04/12 | K | A | |
| 84. - POWERSHS DB Commodity Index, DBC | | None | K | T | Buy (add'l) | 05/04/12 | J | | |
| 85. - JP Morgan USD Emerging, EMB | A | Dividend | J | T | Sold (part) | 12/19/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - SPDR Dow Jones REIT, RWR | A | Dividend | K | T | | | | | |
| 87. - TR Barclay's Tips Bond Fund, TIP | A | Dividend | K | T | | | | | |
| 88. - Morningstar Large Core Index Fund, JKD | A | Dividend | K | T | Sold (part) | 11/01/12 | J | A | |
| 89. - MSCI Australia Index Fund, EWA | | | | | Sold | 05/04/12 | J | | |
| 90. - JP Morgan Exch. Traded Ntalerian MLP, AMJ | A | Dividend | K | T | Buy | 05/04/12 | K | | |
| 91. - IBoxx Investop Corp., LQD | A | Dividend | K | T | | | | | |
| 92. - Sector SPDR Util. Select Shares of Beneficial Int., XLU | A | Dividend | | | Sold | 05/04/12 | J | A | |
| 93. - MSCI Switzerland Index Fund, EWL | | | | | Sold | 05/04/12 | K | | |
| 94. - SPDR Series Trust DB Int'l Gov't Infla., WIP | A | Dividend | | | Sold | 05/04/12 | J | A | |
| 95. - MSCI High Dividend Equity Fund, HDV | A | Dividend | K | T | Buy (add'l) | 05/04/12 | J | | |
| 96. - ISHARES Trust Barclay's MBS Fixed, MBB | A | Dividend | K | T | Buy | 05/04/12 | K | | |
| 97. - POWERSHS ETF Senior Loan Portfolio, BKLN | A | Dividend | K | T | Buy | 05/04/12 | K | | |
| 98. - Wisdomtree Emg. Mkt. Income Fund, DEM | A | Dividend | K | T | Buy | 05/04/12 | K | | |
| 99. - ISHARES TR Dow Jones Int'l Select, IDV | A | Dividend | K | T | Buy | 05/04/12 | J | | |
| 100. - Market Vectors ETF Emerging Mkts. Local, EMLC | | None | J | T | Buy | 12/19/12 | J | | |
| 101. Brokerage Account #6 (J.A. Eggleson Farms, Inc.) | | | | | | | | | |
| 102. - Boise State Univ. Revenue Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - POWERSHS DB multi sector agricultural, DBA | | None | | | Sold | 05/04/12 | J | | |
| 104. - POWERSHS DB Commodity Index, DBC | | None | K | T | Buy (add'l) | 05/04/12 | J | | |
| 105. - SPDR Dow Jones Indust. Avg. ETF, DIA | A | Dividend | | | Sold | 05/04/12 | K | A | |
| 106. - ISHARES MSCI Emerg. Markets Index Fund, EEM | | | | | Sold | 05/04/12 | K | | |
| 107. - ISHARES Trust ETF JP Morgan USD Emerging, EMB | A | Dividend | J | T | Sold (part) | 12/19/12 | J | B | |
| 108. - ISHARES MSCI Australia Index Fund, EWA | | | | | Sold | 05/04/12 | J | | |
| 109. - ISHARES Morningstar Large Core Index Fund, JKD | A | Dividend | K | T | Sold (part) | 11/01/12 | J | A | |
| 110. - SPDR Barclay's Capital High Yield Bond ETF, JNK | B | Dividend | K | T | | | | | |
| 111. - SPDR Dow Jones REIT, RWR | A | Dividend | K | T | | | | | |
| 112. - ISHARES TR Barclay's Tipsbond Fund, TIP | A | Dividend | K | T | | | | | |
| 113. - Vanguard Info. Tech., VGT | A | Dividend | K | T | Buy (add'l) | 11/01/12 | J | | |
| 114. - PIMCO Exchange Traded Fund, 1-5 yr US Tips Index, STPZ | A | Dividend | K | T | Sold (part) | 05/04/12 | K | A | |
| 115. - ISHARES Healthcare Providers Index Fund, IHF | A | Dividend | K | T | | | | | |
| 116. - Global X Norway, NORW | A | Dividend | | | Sold | 05/04/12 | J | | |
| 117. - ISHARES IBOXX Investop Corp., LQD | A | Dividend | K | T | | | | | |
| 118. - SPDR Util. Select Shares of Beneficial Int., XLU | A | Dividend | | | Sold | 05/04/12 | J | A | |
| 119. - ISHARES US Telecom Dow Jones, IYZ | A | Dividend | | | Sold | 05/04/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - ISHARES MSCI Switzerland Index Fund, EWL | | None | | | Sold | 05/04/12 | K | | |
| 121.  - SPDR Series Trust DB Int'l Gov't Infla., WIP | A | Dividend | | | Sold | 05/04/12 | J | A | |
| 122.  - ISHARES MSCI ETF High Dividend Equity Fund, HDV | A | Dividend | K | T | | | | | |
| 123.  - Wisdomtree Emerging Mkts. Equity Inc. Fund, DEM | A | Dividend | K | T | Buy | 05/04/12 | K | | |
| 124.  - ISHARES Trust Barlay's MBS, MBB | A | Dividend | K | T | Buy | 05/04/12 | K | | |
| 125.  - JP Morgan Exch. Trad. Ntalerian MLP, AMJ | A | Dividend | K | T | Buy | 05/04/12 | K | | |
| 126.  - ISHARES TR Dow Jones Int'l Select, IDV | A | Dividend | K | T | Buy | 05/04/12 | K | | |
| 127.  - POWERSHS ETF Senior Loan Portfolio, BKLN | A | Dividend | K | T | Buy | 05/04/12 | K | | |
| 128.  - Market Vectors ETF Local Curr. Bond, EMLC | | None | J | T | Buy | 12/19/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section I, Line 1:  I am the president and a director of J.A. "Bert" Eggleson Farms, Inc., a closely held Oregon corporation.  I have been an officer and director for over 20 years.  The company's stock is entirely owned by me and my siblings.  I accept no fees for my work as an officer or director of the corporation.

Section VII, Line 67:  This was a ████████████ account.  During the reporting period a new account agreement was executed between the broker and ████  I served as custodian for.  I no longer have any control over or ownership in that account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Ronald E. Bush**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544